### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DYNAMIC MARKETING, INC., | ) | Civil Action No. 3:22-cv-00500-MAS-DEA |
| | ) | |
| Plaintiff, | ) | *Civil Action* |
| | ) | |
| v. | ) | **CONSENT ORDER** |
| | ) | |
| MANHATTAN COMFORT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**AND NOW**, on this 5th day of July 2022, Plaintiff, Dynamic Marketing, Inc. and Defendant, Manhattan Comfort, Inc., hereby consent to strike Plaintiff's Motion for Default, and that Defendant will answer or otherwise plead in response to the Complaint on or before July 8, 2022.

**ORDERED** that this Honorable Court, ENTER this **CONSENT ORDER** striking Plaintiff's Motion for Default (ECF No. 4) against Defendant Manhattan Comfort, Inc., and ordering Defendant to file its response to the Complaint on or before July 8, 2022.

_____
**Honorable Michael A. Shipp, U.S.D.J.**

Agreed by Counsel:

| **DYNAMIC MARKETING, INC.** | **MANHATTAN COMFORT, INC.** |
|---|---|
| s/ *Joel A. Stein* | *s/David BenHaim* |
| By: One of Its Attorneys | |
| | |
| Joel A. Stein | David BenHaim |
| SCHOENBERG FINKEL BEEDERMAN BELL GLAZER, LLC | Lipsius – BenHaim Law LLP |
| 300 S. Wacker Drive, Suite 1500 | 80-02 Kew Gardens Rd., Suite 1030 |
| Chicago, IL 60606 | Kew Gardens, NY 11415 |
| (312) 648-2300 – telephone | (212) 981-8446 – telephone |
| (312) 648-1212 – facsimile | (888) 442-0284 – facsimile |
| joel.stein@sfbbg.com | dbenhaim@lipsiuslaw.com |